# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

WYNDHAM HOTEL GROUP CANADA, ULC,

*Plaintiff,*

v.

683079 ONTARIO LIMITED, PYONG IL WON, SUN JA WON,

*Defendants.*

Civil Action No. 17-4000 (JMV)

**ORDER**

For the reasons stated in the accompanying Opinion, and for good cause shown,

IT IS on this 2nd day of May, 2018

**ORDERED** that Plaintiff's motion for default judgment (D.E. 9) is **DENIED** without prejudice; and it is further

**ORDERED** the Plaintiff shall have ninety (90) days to re-serve the Complaint and summons on Defendants pursuant to the Federal Rules of Civil Procedure; and it is further

**ORDERED** that if Plaintiff does not re-serve Defendants pursuant to the Federal Rules of Civil Procedure within ninety (90) days, the dismissal of Plaintiff's motion for default judgment (D.E. 9) shall be with prejudice.

John Michael Vazquez, U.S.D.J.